PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 5:17CR00240-1 |
| DOCKET NUMBER *(Rec. Court)* | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | James Pearl |
| DISTRICT | Northern District of Ohio |
| DIVISION | NDOH - PACTS# 3738313 |
| NAME OF SENTENCING JUDGE | The Honorable Dan A. Polster |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/30/2020 TO 12/14/2023 |
| OFFENSE | 18:371 U.S.C. - Conspiracy To Defraud The United States. |

FILED
3:55 pm Feb 04 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Ohio

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 25, 2021
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF North Carolina

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/28/21
*Effective Date*

Richard E Myers II
*United States District Judge*