UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Pearl                                    Docket No. 7:21-CR-21-D-1

**Petition for Action on Probation**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Pearl, who, upon an earlier plea of guilty to Conspiracy to Defraud the United States of America, in violation of 18 U.S.C. § 371, was sentenced by the Honorable Dan Aaron Polster, United States District Judge of the Northern District of Ohio on December 15, 2020, to 36 months probation under the conditions adopted by the court.

On February 9, 2021 the Eastern District of North Carolina accepted transfer of jurisdiction and was assigned to the Honorable James C. Dever III.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Pearl was ordered to complete 6 months of location monitoring commencing 30 days from sentencing. He was placed on location monitoring on January 14, 2021. Due to the language of the special condition for location monitoring from the Northern District of Ohio, we are requesting that the Court modify the defendant's location monitoring condition to specifically include a curfew.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 6 months from the date of commencement. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                 is true and correct.

/s/ David W. Leake                               /s/ Cierra M. Wallace
David W. Leake                                   Cierra M. Wallace
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 414 Chestnut Street, Suite 102
                                                 Wilmington, NC 28401-4290
                                                 Phone: 910-679-2034
                                                 Executed On: February 10, 2021

James Pearl
Docket No. 5:17-CR-240-1P
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___11___ day of ___February___, 2021, and ordered filed and made a part of the records in the above case.

_____Dever_____
The Honorable James C. Dever III
United District Judge